
STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

CHRISTA HALL (CABN 328881)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Christa.Hall@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 4:22-CR-00202-HSG |
| Plaintiff, | STIPULATION TO EXCLUDE TIME FROM MAY 19, 2022, TO JUNE 1, 2022, AND ORDER |
| v. | |
| IDOWU HASHIM SHITTU, | |
| Defendant. | |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Idowu Hashim Shittu, that time be excluded under the Speedy Trial Act from May 19, 2022, through June 1, 2022.

On May 18, 2022, the government filed an information. An arraignment was scheduled for May 19, 2022. The arraignment was not held. The arraignment is now scheduled for June 1, 2022, at 10:30 a.m., in person, in front of Magistrate Judge Kandis A. Westmore, in Oakland, California. The government and counsel for the defendant agree that time be excluded under the Speedy Trial Act so that defense counsel could continue to prepare, including by reviewing the discovery already produced. For this reason, the parties stipulate and agree that excluding time until June 1, 2022. This will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate

and agree that the ends of justice served by excluding the time from May 1, 2022, through June 1, 2022, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: May 19, 2022

/s/
CHRISTA HALL
Assistant United States Attorney

DATED: May 19, 2022

/s/
MARK REICHEL
Counsel for Defendant Mr. Shittu

**ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from May 19, 2022, through June 1, 2022, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from May 19, 2022, through June 1, 2022, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from May 19, 2022, through June 1, 2022, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: May 20, 2022



Hon. Donna M. Ryu
United States Magistrate Judge

STIPULATION TO EXCLUDE TIME AND ORDER
Case No. 4:22-CR-00202-HSG